# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 51617

| | |
|---|---|
| STATE OF IDAHO,<br><br>   Plaintiff-Respondent,<br><br>v.<br><br>ACEA JIMMY HOOD,<br><br>   Defendant-Appellant. | )<br>) Filed: December 16, 2024<br>)<br>) Melanie Gagnepain, Clerk<br>)<br>) THIS IS AN UNPUBLISHED<br>) OPINION AND SHALL NOT<br>) BE CITED AS AUTHORITY<br>)<br>) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County.  Hon. Annie O. McDevitt, District Judge.

Judgment of conviction and unified sentence of forty years, with a minimum period of confinement of fifteen years, for robbery, <u>affirmed</u>.

Erik R. Lehtinen, State Appellate Public Defender; Stacey M. Donohue, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Kacey L. Jones, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; HUSKEY, Judge;
and LORELLO, Judge

_____

PER CURIAM

  Acea Jimmy Hood pled guilty to robbery.  I.C. §§ 18-6501 and 18-6502.  In exchange for his guilty plea, additional charges were dismissed.  The district court sentenced Hood to a unified term of forty years, with a minimum period of confinement of fifteen years.  Hood appeals, arguing that his sentence is excessive.

  Sentencing is a matter for the trial court's discretion.  Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-

1

15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Our role is limited to determining whether reasonable minds could reach the same conclusion as the district court. *State v. Biggs*, 168 Idaho 112, 116, 480 P.3d 150, 154 (Ct. App. 2020). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Hood's judgment of conviction and sentence are affirmed.